UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ROBERT BENYAMINI, | No. 2:13-cv-0205 MCE AC P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| M. BLACKBURN, et al., | |
| Defendants. | |

On October 8, 2013, defendants filed a motion to revoke plaintiff's in forma pauperis status and noticed it for a hearing on this court's calendar on January 15, 2014 at 10:00 a.m. Pursuant to Local Rule 230(l), motions in prisoner actions shall be submitted on the record without oral argument.

Accordingly, IT IS HEREBY ORDERED that:

1. This matter is removed from this court's docket of January 15, 2014 at 10:00 a.m.

2. The motion to revoke plaintiff's in forma pauperis status is deemed submitted as the time to file a reply to plaintiff's opposition has expired. The motion will be resolved in due course based on the pleadings of the parties.

DATED: December 2, 2013

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE