UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENYAMINI,<br><br>            Plaintiff,<br><br>       v.<br><br>M. BLACKBURN,  et al.,<br><br>            Defendants. | No.  2:13-cv-0205 MCE AC P<br><br><br>ORDER |

By order entered on July 11, 2013 this court scheduled a status conference on January 8, 2014 at 10:00 a.m.  ECF No. 15.  By the same order, the parties were directed to file a status report fourteen days prior to the scheduled conference.  To date, neither party has complied with this court's July 11, 2013 order.

Accordingly, IT IS HEREBY ORDERED that:

1. The Status Conference scheduled for January 8, 2014 is vacated and reset for February 5, 2014 at 10:00 a.m. in courtroom number 26 before the undersigned.

2. Not later than fourteen (14) days prior to the Status Conference, the parties shall file status reports[1] addressing the following matters:

   a.     Service of process;

---

[1] The parties are encouraged, when possible, to file a joint status report.

1

      b.      Possible joinder of additional parties;

      c.      Any expected or desired amendment of the pleadings;

      d.      Jurisdiction and venue;

      e.      Anticipated motions and their scheduling;

      f.      The report required by Federal Rule of Civil Procedure 26 outlining the proposed discovery plan and its scheduling, including disclosure of expert witnesses;

      g.      Future proceedings, including setting appropriate cut−off dates for discovery and law and motion, and the scheduling of a pretrial conference and trial;

      h.      Special procedures, if any;

      i.      Estimated trial time;

      j.      Modification of standard pretrial procedures specified by the rules due to the simplicity or complexity of the proceedings;

      k.      Whether the case is related to any other cases, including bankruptcy;

      l.      Whether a settlement conference should be scheduled;

      m.      Whether counsel will stipulate to the magistrate judge assigned to this matter acting as settlement judge and waiving disqualification by virtue of her so acting, or whether they prefer to have a settlement conference before another judge;

      n.      Any other matters that may add to the just and expeditious disposition of this matter.

3. The parties are advised that the failure to comply with this order may result in the imposition of sanctions pursuant to Local Rule 110.

DATED: January 3, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE