UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT BENYAMINI,

        Plaintiff,

    v.

M. BLACKBURN, et al.,

        Defendants.

No. 2:13-cv-00205 MCE AC P

ORDER

    Plaintiff is a former state prisoner proceeding pro se and in forma pauperis in this action pursuant to 42 U.S.C. § 1983. On August 21, 2014 plaintiff filed a motion to appear by telephone at the motions hearing scheduled for September 24, 2014 at 10:00 a.m. in Courtroom 26 before the undersigned. For good cause shown, plaintiff's motion will be granted. In order to facilitate his appearance by telephone, plaintiff is instructed to follow the steps listed below approximately TEN MINUTES BEFORE the start of the 10:00 a.m. law and motions calendar.

    1. To commence the conference call plaintiff shall dial 1-877-336-1839 which is a toll-free number.

    2. When prompted, plaintiff shall enter the access code of 2040217 and the security code of 4223.

    3. If plaintiff does not hear anyone on the line, plaintiff is instructed to wait until the Courtroom Deputy picks up the line and checks him in.

1

1 |     Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to appear by telephone at the September 24, 2014 motions hearing (ECF No. 32) is granted.

DATED: September 12, 2014

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE