1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ROBERT BENYAMINI,                      No.  2:13-cv-00205-MCE-AC-P

12              Plaintiff,

13        v.                                ORDER

14   M. BLACKBURN, et al.,

15              Defendants.

16

17        Plaintiff is a former state prisoner proceeding pro se and in forma pauperis in this action

18   pursuant to 42 U.S.C. § 1983.  Currently pending before the court is plaintiff's motion seeking to

19   reschedule his September 18, 2014 deposition.  On September 17, 2014 defendants filed a

20   statement of non-opposition and re-noticed plaintiff's deposition to September 29, 2014, the date

21   plaintiff had requested.

22        Accordingly, IT IS HEREBY ORDERED that plaintiff's motion seeking to reschedule his

23   deposition (ECF No. 35) is denied as moot.

24   DATED: September 19, 2014

25

26   ALLISON CLAIRE
     UNITED STATES MAGISTRATE JUDGE

27

28

                                1