UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENYAMINI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. BLACKBURN, et al.,<br><br>　　　　Defendants. | No. 2:13-cv-00205 MCE AC P<br><br><br><br>ORDER |

Plaintiff has timely filed a motion for an extension of time to oppose defendants' motion for summary judgment. Plaintiff has not stated how much additional time he needs, but requests a "lengthy extension of time."

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 51), is GRANTED;

2. Plaintiff's opposition to defendants' November 26, 2014 motion for summary judgment shall be filed no later than February 13, 2015;

3. Defendants' reply, if any, shall be filed no later than February 27, 2015; and

4. The hearing on this matter has already been vacated by Minute Order, and the matter will accordingly be submitted on February 27, 2015, without a hearing.

DATED: January 9, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE