UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENYAMINI,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>M. BLACKBURN and J. MARZAN,<br><br>　　　　　　Defendants. | No.  2:13-cv-0205 MCE AC (P)<br><br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On September 30, 2015, the magistrate judge filed Findings and Recommendations herein (ECF No. 73) which were served on all parties and which contained notice that any objections to the Findings and Recommendations were to be filed within fourteen days.  Neither Plaintiff nor Defendants have filed objections to the Findings and Recommendations.

　　　　The Court has reviewed the file and finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

///

///

1

1. The Findings and Recommendations filed September 30, 2015 (ECF No. 73), are ADOPTED IN FULL; and

2. Defendants' Motion for Summary Judgment (ECF No. 45) is DENIED.

IT IS SO ORDERED.

Dated:  November 10, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT