UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT BENYAMINI,

          Plaintiff,

   v.

M. BLACKBURN, et al.,

          Defendants.

No.  2:13-cv-0205 MCE AC P

ORDER

     Plaintiff is a former state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.  Defendants' motion for summary judgment was denied (ECF No. 74) and this case is ready to proceed to trial.  However, before pretrial and trial dates are set, the parties will be required to complete the attached notices and file them with the court regarding whether they believe a settlement conference would be beneficial in this case.

     The court notes that plaintiff currently has five other active civil rights cases against corrections staff in various stages of litigation pending in this district: (1) Benyamini v. O'Brian, 2:11-cv-2317 TLN AC P; (2) Benyamini v. Swett, 2:13-cv-0735 KJM EFB P; (3) Benyamini v. Vance, 2:13-cv-0910 TLN AC P; (4) Benyamini v. Minton, 2:13-cv-1632 JAM AC P; and (5) Benyamini v. Agnone, 2:15-cv-1223 TLN KJN P.  If defendants believe that a settlement conference in this case would be beneficial, counsel for defendants should consult with the appropriate individuals within the Attorney General's Office and the California Department of

1

Corrections and Rehabilitation to determine whether they would like the settlement conference to attempt to resolve any or all of plaintiff's other cases.  If appropriate, the parties should identify which, if any, of plaintiff's other cases they would like to attempt to resolve during a settlement conference in this case.  Further orders will issue once both parties have filed their notices with the court.

   Accordingly, IT IS HEREBY ORDERED that within fourteen days of the filing of this order, the parties must each complete and file the attached notices.

DATED: December 1, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENYAMINI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. BLACKBURN, et al.,<br><br>　　　　　Defendants. | No. 2:13-cv-0205 MCE AC P<br><br>NOTICE REGARDING PARTICIPATION IN SETTLEMENT CONFERENCE |

Check one:

_____  Yes, plaintiff believes that a settlement conference in this case would be beneficial.

_____  No, plaintiff does not believe that a settlement conference in this case would be beneficial.

If you answered yes, please check which, if any, of the following cases you would also like to attempt to resolve during a settlement conference in this case:

_____  <u>Benyamini v. O'Brian</u>, 2:11-cv-2317 TLN AC P

_____  <u>Benyamini v. Swett</u>, 2:13-cv-0735 KJM EFB P

_____  <u>Benyamini v. Vance</u>, 2:13-cv-0910 TLN AC P

////

////

1 _____ <u>Benyamini v. Minton</u>, 2:13-cv-1632 JAM AC P

2 _____ <u>Benyamini v. Agnone</u>, 2:15-cv-1223 TLN KJN P

4 DATED:_____

                                                                               _____
                                                                               ROBERT BENYAMINI
                                                                               Plaintiff pro se

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENYAMINI,<br><br>    Plaintiff,<br><br>  v.<br><br>M. BLACKBURN, et al.,<br><br>    Defendants. | No. 2:13-cv-0205 MCE AC P<br><br>NOTICE REGARDING PARTICIPATION IN SETTLEMENT CONFERENCE |

Check one:

\_\_\_\_\_ Yes, defendants Blackburn and Marzan believe that a settlement conference in this case would be beneficial.

\_\_\_\_\_ No, defendants Blackburn and Marzan do not believe that a settlement conference in this case would be beneficial.

If you answered yes, please check which, if any, of the following cases you would also like to attempt to resolve during a settlement conference in this case:

\_\_\_\_\_ Benyamini v. O'Brian, 2:11-cv-2317 TLN AC P

\_\_\_\_\_ Benyamini v. Swett, 2:13-cv-0735 KJM EFB P

\_\_\_\_\_ Benyamini v. Vance, 2:13-cv-0910 TLN AC P

_____ <u>Benyamini v. Minton</u>, 2:13-cv-1632 JAM AC P

_____ <u>Benyamini v. Agnone</u>, 2:15-cv-1223 TLN KJN P

DATED:_____

_____
Attorney for defendants Blackburn and Marzan