UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENYAMINI, | No. 2:13-cv-0205 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| M. BLACKBURN, et al., | |
| Defendants. | |

Plaintiff is a former state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

On December 2, 2015, the parties were directed to notify the court whether they believed a settlement conference would be beneficial in this case and, if so, to further advise whether they had any interest in attempting to settle any of plaintiff's five other active civil rights cases. ECF No. 75. The parties have agreed that a settlement conference in this case would be beneficial and neither party wishes to attempt to settle any of plaintiff's other cases at this time. ECF Nos. 76, 79. Before assigning a settlement judge, the court needs to know if the parties will agree to the undersigned serving as the settlement judge, waiving any conflict that may arise as a result.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the filing of this order, the parties shall each file a signed Notice Regarding Waiver of Disqualification, indicating whether or not they agree to the undersigned serving as the settlement judge. Failure of either

party to file a waiver will result in this case being randomly assigned to another magistrate judge for purposes of conducting a settlement conference.  Further instructions will issue once a settlement judge is assigned.

DATED:  January 7, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENYAMINI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. BLACKBURN, et al.,<br><br>　　　　Defendants. | No. 2:13-cv-0205 MCE AC P<br><br>NOTICE REGARDING WAIVER OF DISQUALIFICATION OF SETTLEMENT JUDGE PURSUANT TO LOCAL RULE 270(b) |

Check one:

\_\_\_\_\_ Plaintiff, proceeding pro se, requests that the assigned Magistrate Judge participate in a settlement conference in this action and hereby waives any claim of disqualification of the assigned Magistrate Judge on that basis thereafter.

\_\_\_\_\_ Plaintiff, proceeding pro se, does not waive any claim of disqualification of the assigned Magistrate Judge and requests the court randomly assign another Magistrate Judge for the purposes of conducting a settlement conference.

DATED:_____

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　ROBERT BENYAMINI
　　　　　　　　　　　　　　　　Plaintiff pro se

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENYAMINI,<br><br>    Plaintiff,<br><br>    v.<br><br>M. BLACKBURN, et al.,<br><br>    Defendants. | No. 2:13-cv-0205 MCE AC P<br><br>NOTICE REGARDING WAIVER OF <u>DISQUALIFICATION OF SETTLEMENT JUDGE PURSUANT TO LOCAL RULE 270(b)</u> |

Check one:

\_\_\_\_\_ Defendants Blackburn and Marzan request that the assigned Magistrate Judge participate in a settlement conference in this action and hereby waive any claim of disqualification of the assigned Magistrate Judge on that basis thereafter.

\_\_\_\_\_ Defendants Blackburn and Marzan do not waive any claim of disqualification of the assigned Magistrate Judge and request the court randomly assign another Magistrate Judge for the purposes of conducting a settlement conference.

DATED:_____

_____
Attorney for Defendants Blackburn and Marzan

4