UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENYAMINI, | No. 2:13-cv-0205 MCE AC P |
| Plaintiff, | |
| v. | ORDER SETTING SETTLEMENT CONFERENCE |
| M. BLACKBURN, et al., | |
| Defendants. | |

This case is set for settlement conference on March 31, 2016 at 9:00 a.m. ECF No. 83. The parties were previously notified that, in preparation for the settlement conference, they would be contacted by representatives from the court approximately one week prior to the settlement conference to determine each party's expectations of the settlement conference. Id. at 2.

Plaintiff is hereby notified that representatives of the court will be contacting him by telephone at (925) 357-1037 on March 10, 2016, at 12:00 p.m. in preparation for the March 31, 2016 settlement conference. If plaintiff can no longer be reached at the phone number the court has on file or if he needs to reschedule the call, he must contact the court, as outlined below, at least twenty-four hours prior to the scheduled call. The purpose of the call is to collect the information typically provided in the parties' confidential settlement conference statements and the call should last no more than one hour. Counsel for defendants will be contacted at a later date to collect the same information.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is notified that he will be contacted by representatives of the court by telephone on March 10, 2016, at 12:00 p.m. The call should last no more than one hour.

2. During the call, plaintiff should be prepared to provide the following information typically provided in a party's confidential settlement statement:

   a. A summary of the facts of the case.

   b. A statement of the claims and defenses; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.

   c. A summary of the proceedings to date.

   d. An estimate of the cost and time to be expended for further discovery, pretrial, and trial.

   e. The relief sought.

   f. Plaintiff's position on settlement, including present demands and offers and a history of any past settlement discussions, offers, and demands.

   g. Plaintiff's expectations and goals for the settlement conference.

3. The telephone number the court currently has for plaintiff is (925) 357-1037.

4. If plaintiff needs to reschedule the call or the telephone number the court has on file is no longer valid, he must notify Sujean Park in the Alternative Dispute Resolution Division at (916) 930-4278, or via email at spark@caed.uscourts.gov, at least twenty-four hours prior to the scheduled call.

DATED: February 25, 2016

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2