UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENYAMINI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. BLACKBURN, et al.,<br><br>　　　　　Defendants. | No.  2:13-cv-0205 MCE AC P<br><br><br>ORDER |

　　Plaintiff has filed a motion seeking an order declaring defendants vexatious litigants.  ECF No. 98.  The motion is denied in full.

　　Plaintiff is reminded that his response to defendants' motion to declare him a vexatious litigant must be filed by July 15, 2016, and that he will not be granted any further extensions of that deadline.

　　Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to declare defendants vexatious litigants (ECF No. 98) is denied in full.

DATED: May 18, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE