UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENYAMINI,<br><br>    Plaintiff,<br><br>  v.<br><br>M. BLACKBURN, et al.,<br><br>    Defendants. | No. 2:13-cv-0205 MCE AC P<br><br><br>ORDER |

Plaintiff is a former state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed a motion to strike defendants' objections to the findings and recommendations as untimely. ECF No. 105. Pursuant to this court's order, objections to the findings and recommendations were due within fourteen days after service of the findings and recommendations. ECF No. 103. Because the deadline was based on the date of service, defendants had an additional three days added to their deadline. Fed. R. Civ. P. 6(d). Seventeen days from the date of the court's findings and recommendations was Sunday, April 9, 2017. However, since defendants' deadline fell on a Sunday, the deadline continued to the following day, Monday April 10, 2017. Fed. R. Civ. P. 6(a)(1)(C). Defendants' objections to the findings and recommendations were filed on Monday, April 10, 2017, and therefore were timely. Accordingly, plaintiff's motion to strike is denied.

////

1 | Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to strike defendants'
2 | objections to the findings and recommendations (ECF No. 105) is denied.
3 | DATED: April 28, 2017

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE