1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ROBERT BENYAMINI,                     No.  2:13-cv-0205 MCE AC P

12              Plaintiff,

13       v.                                ORDER

14   M. BLACKBURN, et al.,

15              Defendants.

16

17          On October 23, 2017, plaintiff filed a request for reconsideration of the magistrate judge's

18   October 4, 2017 order denying his request for service of subpoenas.  ECF No. 118.  When a party

19   objects to a magistrate judge's order, the order shall be upheld unless it is "clearly erroneous or is

20   contrary to law."  Fed. R. Civ. P. 72(a); L.R. 303(f).  Upon review of the entire file, the court

21   finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to

22   law.  Accordingly, Plaintiff's Motion for Reconsideration (ECF No. 118) is DENIED.

23          IT IS SO ORDERED.

24   Dated:  December 4, 2017

25

26                                          _____
                                            MORRISON C. ENGLAND, JR
27                                          UNITED STATES DISTRICT JUDGE

28